

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00263-CR

_____

GLADYS MARIA GRAHAM-O'DELL, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1778821

Before Womack, Wallach, and Walker, JJ.
Memorandum Opinion by Justice Womack

## MEMORANDUM OPINION

Appellant Gladys Maria Graham-O'Dell (Graham) attempts to appeal an order of deferred adjudication for the offense of evading arrest or detention with a vehicle.[1] *See* Tex. Penal Code Ann. § 38.04(b)(2)(A). The record reflects that Graham was placed on deferred adjudication pursuant to a written plea agreement. Under that written plea agreement, Graham waived her right to appeal. The "Trial Court's Certification of Defendant's Right of Appeal" in this case states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2), (d).

On October 6, 2023, we notified Graham of the certification and warned her that we would dismiss the appeal unless we received a response by October 16, 2023, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Graham did not file a response. Thus, in accordance with the trial court's certification, we dismiss Graham's appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f); *see, e.g.*, *Brewer v. State*, No. 02-22-00253-CR, 2023 WL 2534623, at *1 (Tex. App.—Fort Worth Mar. 16, 2023, no pet.) (mem. op., not designated for publication).

---

[1] In her notice of appeal, Appellant refers to herself as "Gladys Maria Graham-O'Dell." The defendant listed in the underlying order of deferred adjudication, however, is listed as "Glady Maria Graham." We will simply refer to Appellant as "Graham."

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  November 2, 2023